```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
 8                      SAN FRANCISCO DIVISION
 9
10  UNITED STATES OF AMERICA,
                                         CR 06-266 CRB
11          Plaintiff,
                                         STIPULATION AND [PROPOSED]
12      v.                               ORDER TO MODIFY CONDITIONS
                                         OF PRETRIAL RELEASE,
13  JUSTIN BEECHER, et al.,              INCLUDING RECONVEYANCE OF
                                         PROPERTY
14          Defendants.
    _____/
15
16       THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that
17  the property located at 1002 San Antonio Circle #22, Daly City
18  CA 94014, posted to secure bail for defendant JUSTIN BEECHER in
19  the above-captioned case, as Document 2006-067089 in the
20  Recorder's Office of the County of San Mateo, State of
21  California, shall be released and reconveyed to its owner,
22  Cynthia Arias, free and clear of any federal lien.  The parties
23  further stipulate that said property bond shall be replaced with
24  a signature bond.  All other conditions of release are to remain
25  the same.
26       The reasons for this requested modification and
27  reconveyance of property are presented in the accompanying
28  declaration of counsel.
                                   1
```

Pretrial Services Officer Betty Kim has advised defense counsel that Justin Beecher is in full compliance with his conditions of release and that she has no objection to the release and reconveyance of the real property located at 1002 San Antonio Circle #22, Daly City CA 94014.

/S/ ROBERT M. AMPARAN  /S/DAVID HALL
ROBERT M. AMPARAN  DAVID HALL
Attorney for JUSTIN BEECHER  Assistant U.S. Attorney
Dated: January 31, 2008  Dated: February 5, 2008

**IT IS SO ORDERED.**

Dated:  2-07-08

_____
JAMES LARSON
U.S. Magistrate Judge