IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. C 06-00266-12 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| BEECHER, | |
| Defendant. / | |

    Defendant Justin Beecher's Motion to Quash Search Warrant and Suppress Evidence is DENIED.

**IT IS SO ORDERED.**

Dated: March 6, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0266cr\Order Denying Motion to Quash.wpd